No. 89–781. TOWN OF HUNTINGTON ET AL. *v.* STONE, SECRETARY OF THE ARMY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 89–835. ANTONIU *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 8th Cir. Certiorari denied.

No. 89–876. BEN-SHALOM *v.* STONE, SECRETARY OF THE ARMY, ET AL. C. A. 7th Cir. Certiorari denied.

No. 89–878. KNIGHT *v.* CENTRAL INTELLIGENCE AGENCY. C. A. 5th Cir. Certiorari denied.

No. 89–898. BYWATER NEIGHBORHOOD ASSN. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–997. JACKSON ET AL. *v.* RUSSELL. Ct. App. Ind. Certiorari denied.

No. 89–1046. FRATES ET AL. *v.* WEINSHIENK, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, ET AL. C. A. 10th Cir. Certiorari denied.

No. 89–1058. PORTER ET AL. *v.* CITY OF ATLANTA. Sup. Ct. Ga. Certiorari denied.

No. 89–1068. ROSENBAUM *v.* ROSENBAUM ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 89–1073. FANT *v.* BONANNO, CLERK, CLEVELAND MUNICIPAL COURT. Sup. Ct. Ohio. Certiorari denied.

No. 89–1086. KLUMPNER, A MINOR, BY KAHN, HER GUARDIAN AD LITEM *v.* KLUMPNER. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 89–1088. HELENA MARINE SERVICE, INC., ET AL. *v.* ST. PAUL FIRE & MARINE INSURANCE CO. ET AL. C. A. 8th Cir. Certiorari denied.